

```
FILED
08/24/11
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          CGE         DEPUTY
```

Jose Miguel Rodriguez                                     10cv2651 AJB (RBB)

-v-

Matthew Cate

## STRICKEN DOCUMENT

### 23-Order Adopting Report and Recommendation

**23**